ABRAHAM SCHIFF AND ROBERT SCHIFF, T/A SCHIFF
ENTERPRISES v. MICHIGAN BOARDWALK COMPANY.

June 10, 1981.

Petition for certification denied.

BETHLEHEM TOWNSHIP BOARD OF EDUCATION v. BETHLE-
HEM TOWNSHIP EDUCATION ASSOCIATION.

June 10, 1981.

Petition for certification granted.  (See 177 *N.J.Super.* 479)

BETHLEHEM TOWNSHIP BOARD OF EDUCATION v. BETHLE-
HEM TOWNSHIP EDUCATION ASSOCIATION.

June 10, 1981.

Cross-petition for certification granted.  (See 177 *N.J.Super.* 479)

LUM, BIUNNO AND TOMPKINS v. HARRIET DOLIN.

June 10, 1981.

Petition for certification denied.